# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Irineo Casias-Tavena** DOB: 1997; United States<br>**Felipe Martin Alvarez** DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-03095MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 2, 2021, in the District of Arizona, **Irineo Casias-Tavena** and **Felipe Martin Alvarez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Miguel Angel Remigio-Gomez, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about June 2, 2021, in the District of Arizona, **Irineo Casias-Tavena** and **Felipe Martin Alvarez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Miguel Angel Remigio-Gomez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 2, 2021, in the District of Arizona, a United States Border Patrol Agent (BPA) driving an unmarked Border Patrol vehicle, saw a black 2010 Chrysler 300 traveling northbound on SR-83. The vehicle appeared to be driving well below the flow of traffic in that area and appeared heavily weighted down in the rear. The rear wheel wells were rubbing the tires, the trunk was sagging, and the bumper was nearly scraping the ground. Through records checks, the BPA learned that the vehicle was registered to an address in Phoenix with no crossings through any Ports of Entry or immigration checkpoints. The Sonoita Border Patrol Station reported that they had pictures of a black Chrysler 300 circumventing the checkpoint earlier. The BPA requested assistance from a BPA with a marked Border Patrol vehicle to stop the Chrysler. The BPA continued to follow the vehicle to I-10 where a BPA with a marked Border Patrol vehicle activated his emergency equipment. The vehicle stopped east of the Grant Road exit near Tucson. A passenger exited the vehicle and jumped over the concrete divider between the eastbound and westbound lanes. The BPA conducted immigration inspection of all the occupants, including two that were found inside the trunk. Five passengers admitted they were in the U.S. illegally. The driver **Irineo Casias-Tavena** and front seat passenger **Felipe Martin Alvarez** were U.S. Citizens. One undocumented noncitizen was identified as Miguel Angel Remigio-Gomez.

Records checks revealed that Miguel Angel Remigio-Gomez did not have the proper immigration documentation to enter or remain in the U.S. legally. Remigio was previously removed from the U.S. on December 18, 2018.

In a post-*Miranda* statement, **Casias** said he traveled to Nogales Arizona to pick up a group of undocumented noncitizens he was to transport to Phoenix. **Casias** was unsure of the exact of money he was going to be compensated.

In a post-*Miranda* statement, **Alvarez** said he was recruited by an unknown person via Snapchat to transport undocumented noncitizens from Nogales to Phoenix. **Alvarez** thought he would be paid $500 USD per person transported. **Alvarez** said he was going to split the smuggling proceeds with **Casias**.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Leslie A. Bowman* | DATE<br>June 3, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54